**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

Date: 2/24/10

In re:    Case No.:  10−13669    Chapter:  12

Peter J Ianniello
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 12 Voluntary Petition Filed by Peter J Ianniello . Chapter 12 Plan due by 5/25/2010. Government Proof of Claim due by 8/23/2010. Statement of Financial Affairs due 3/10/2010. Creditor Mailing Matrix Verification due by 3/10/2010. Incomplete Filings due 3/10/2010 (Attachments: # (1) Attachment) (Lynch, C)

PROBLEM: Nature of Debts on Voluntary Petition must be Business due to Chapter filed.

CURE: An Amended Voluntary Petition with Business selected for Nature of Debts along with Nature of Business indicated must be filed by the cute date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 3/10/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

        Mark D. Sammons, Clerk of Court
        by Deputy Clerk, C Lynch  410−962−6073

cc:    Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)