IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In Re:
                                              *

PETER J. IANNIELLO                                    Case No: 10-13669
                                        *            (Chapter 12)

        Debtors                          *


    *      *      *      *      *      *      *      *      *      *      *      *

## NOTICE OF DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH ERIC ORLINSKY

        NOTICE IS HEREBY GIVEN that PETER J. IANNIELLO, Chapter 12 Debtor (the "Debtor") through his undersigned counsel, has filed a Motion to Approve Settlement with Eric Orlinsky (the "Motion").

        The Debtor filed a case against various Defendants, including Eric Orlinsky in the United States District Court for the District of Maryland that concerning alleged claims of the Debtor relating to certain patents.  The case number is 1:10 CV 448-CCB. Due to the extremely large pleadings (over 90 pages), a copy is not attached.  However, the undersigned will forward by email a copy of the complaint upon request or it is available for review at the Clerk's Office  101 W. Lombard St, 4th Fl, Baltimore, MD 21201. This settlement does NOT INVOLVE THE TRANSFER OF ANY MONEY.   THE PARTIES ARE ONLY EXECUTING MUTUAL RELEASES OF LIABILITY.

        The DEBTOR believes that the relief sought herein is necessary and in the best interest of the Chapter 12 Estate because the Estate would not likely recover any funds if this matter proceeded to trial against this Defendant.  Further, the Debtor is proceeding pro se in this matter while the various Defendants are all represented by counsel.  The Debtor is unable to afford counsel to pursue these claims on his behalf.

        The Debtor has further weighed the costs and benefits of proceeding to trial in this case and the risks associated therewith.

        A copy of the Motion is available for review at the clerk's office, Room 802, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, upon request made to the undersigned or through the Court's CM/ECF system for authorized users.

        PLEASE TAKE FURTHER NOTICE THAT ANY PARTY IN INTEREST WHO WISHES TO OBJECT TO THE RELIEF REQUESTED IN THE MOTION MUST FILE AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS NOTICE IS SERVED. OBJECTIONS SHALL BE MADE IN ACCORDANCE WITH THE COURT'S PUBLISHED GUIDELINES AND FILED WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION, 101 WEST LOMBARD STREET, BALTIMORE, MARYLAND 21201. A COPY OF THE OBJECTION MUST BE SERVED ON THE UNDERSIGNED COUNSEL BY THE DUE DATE SPECIFIED ABOVE. ANY OBJECTION MUST CONTAIN A COMPLETE SPECIFICATION OF THE FACTUAL AND LEGAL GROUNDS UPON WHICH IT IS BASED. PLEASE BE FURTHER ADVISED THAT THE RELIEF REQUESTED BY THE MOTION MAY BE AUTHORIZED BY THE BANKRUPTCY COURT

WITHOUT FURTHER ORDER OR NOTICE IF NO OBJECTIONS ARE FILED. HOWEVER, THE BANKRUPTCY COURT MAY CONDUCT A HEARING ON THE MOTION OR DETERMINE THE MATTER WITHOUT A HEARING, IN ITS DISCRETION, REGARDLESS OF WHETHER ANY OBJECTIONS ARE FILED. PARTIES IN INTEREST WITH QUESTIONS MAY CONTACT THE UNDERSIGNED ATTORNEY FOR THE DEBTOR.

 /s/Jeffrey P. Nesson
Jeffrey P. Nesson 02512
11421 Reisterstown Rd
Owings Mills, MD 21117
410-363-4488
410-363-9629 (f)
Neslaw1@aol.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of Mayl, 2011, a copy of the foregoing Notice of Debtor's Motion to Approve Settlement with Eric Orlinsky was served, electronically through the Court's CM/ECF transmission facilities, as authorized by Local Bankruptcy Rule 9013-4(a), on each party registered as a CM/ECF participant who consented to electronic service and was also served by first class mail, postage prepaid, to the creditors on the Court's mailing matrix dated May 15, 2011.

/s/ Jeffrey P.Nesson

Jeffrey P. Nesson, Esq