IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND — BALTIMORE DIVISION


IN RE:                                          *    CASE  NO: 10-13669
  Peter J. Ianniello                      *    CHAPTER 12


## <u>ORDER APPROVING DEBTOR'S MOTION</u><br><u>TO APPROVE SETTLEMENT WITH ERIC ORLINSKY</u>


     This Matter having come before the Court on Debtor, Peter J. Ianniello's Motion to Approve Settlement with Eric Orlinsky in the case of Ianneillo v Tenax et al Case # 1:10-448-CCB in the United States District Court for the District of Maryland, the Court having reviewed the Motion, any response thereto and the proposed settlement agreement and mutual release, it is

     **ORDERED**, That the proposed settlement is **APPROVED.**


cc.

Debtor
Debtor's Counsel
all creditors
Chapter 12 Trustee

Erica J. Rose, Esq
Saul Ewing
500 E. Pratt St
Baltimore, MD 21201

**END OF ORDER**