**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | * |
| | *   Case No.: 10-13669 (JFS) |
| Peter J. Ianniello, | * |
| | *   Chapter 12 |
| Debtor. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LIMITED OBJECTION TO**
**THIRD AMENDED CHAPTER 12 PLAN**

Eric G. Orlinsky, Esq. ("Orlinsky"), Tenax Corporation, Tenax SpA, and Tenax International (collectively, "Tenax"), by and through their undersigned counsel, hereby file this precautionary and limited objection (the "Limited Objection") to confirmation of Peter J. Ianniello's ("Ianniello" or "Debtor") Third Amended Chapter 12 Plan filed on May 17, 2011 [Docket No. 129] (the "Third Amended Plan"). In support of this Limited Objection, Orlinsky and Tenax state as follows:

**Jurisdiction**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b).

2.     Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3.     On February 24, 2010, the Debtor filed a voluntary petition under Chapter 12 of Title 11 of the United States Bankruptcy Code.

4.     Prior to filing for bankruptcy, Ianniello filed suit in the United States District Court for the District of Maryland, Case No. 1:10 cv- 00448-CCB making various claims for damages and equitable relief ("Federal Litigation") against Advanced Geotech Systems LLC

1095809.1 5/24/11

("AGS"), Tenax, Zelios AG Balzers, Marco Gianoni, Peter Spruger, Markus Kulzoff, SynTec, LLC, Nath & Associates, PLLC, Cesare Beretta, Giulio de Giuseppe, Synthetic Aggregate Systems LLC, Giovanni Capra, Aigen Zhao and Orlinsky.

5.     Also prior to filing for bankruptcy, Ianniello filed suit in the Circuit Court for Baltimore City against AGS and Tenax styled as *Ianniello v. Advanced Geotech Systems LLC et al*, Case No. C-08-004468 (the "State Lawsuit") and alleged that Tenax and AGS breached two agreements and requested a judicial dissolution of AGS.

6.     The Debtor and the opposing parties in the Federal Litigation and State Lawsuit engaged in significant negotiations.   Thereafter, the Debtor entered into two settlement agreements, one with Orlinsky ("Orlinsky Settlement Agreement"), and another with all other parties in the Federal Litigation and State Lawsuit (the "Global Settlement Agreement" and collectively with the Orlinsky Settlement Agreement, the "Settlement Agreements").   On May 16, 2011, the Debtor filed two motions requesting approval of the Settlement Agreements (the "Settlement Motions") (Docket Nos. 124 and 126]. Objections, if any, to the Settlement Motions are due on June 6, 2011.

## Limited Objection

7.     Section 6 of the Orlinsky Settlement Agreement provides:   "The terms of this Agreement, once it has been approved by the Bankruptcy Court, shall be expressly incorporated by Ianniello into any Plan filed by him."

8.     Similarly, Section 5 of the Global Settlement Agreement provides that it is expressly conditioned upon approval by the Bankruptcy Court and that:   "t]he terms of this Agreement and any Exhibits hereto shall be expressly incorporated by Ianniello into any Plan filed by him."

-2-

1095809.1 5/24/11

9.     Contrary to the terms of the Settlement Agreements, subject to prior approval by this Court, the terms of the Settlement Agreements are not incorporated into the Third Amended Plan.

WHEREFORE, Orlinsky and Tenax request that this Court (i) sustain their Limited Objection to the Third Amended Plan, (ii) defer entering an order confirming the Third Amended Plan until the Court has ruled on the Settlement Motions, (iii) if the Court approves the Settlement Motions and determines to confirm the Third Amended Plan, include a provision in the Order confirming the Third Amended Plan that provides the terms of the Settlements Agreements, and any exhibits, are expressly incorporated into the Third Amended Plan, and (iv) grant such other and further relief as this Court deems just and proper.

Date:  May 24, 2011

Respectfully submitted,

By:  /s/ Edith K. Altice
Edith K. Altice (Bar No. 26757)
SAUL EWING LLP
500 East Pratt Street, 8th Floor
Baltimore, MD  21202
Tel. (410) 332-8839
Fax (410) 332-8176

*Counsel to Orlinsky and Tenax*

1095809.1 5/24/11

-3-

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | * |
| | *   Case No.: 10-13669 (JFS) |
| Peter J. Ianniello, | * |
| | *   Chapter 12 |
| Debtor. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2011, copies of the Limited Objection to Third Amended Chapter 12 Plan were sent to the parties on the attached Service List by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Date: May 24, 2011

Respectfully submitted,

By: /s/ Edith K. Altice
Edith K. Altice (Bar No. 26757)
SAUL EWING LLP
500 East Pratt Street, 8th Floor
Baltimore, MD 21202
Tel. (410) 332-8839
Fax (410) 332-8176

*Counsel to Orlinsky and Tenax*

1095809.1 5/24/11

Label Matrix for local noticing
0416-1
Case 10-13669
District of Maryland
Baltimore
Sun May 15 17:37:05 EDT 2011

Blake Legal Advisors
c/o Duane C. Blake
67 Sterling Road
Westwood, MA 02090-2421

Chase Home Finance, LLC.
Mail Code LA4-5555   700 Kansas Lane
Monroe, LA 71203

Deutsche Bank National Trust Company
c/o Shapiro & Burson, LLP
13135 Lee Jackson Hwy., Ste. 201
Fairfax, VA 22033-1907

GE Money Bank
c/o Recovery Management Systems Corp
Attn:  Ramesh Singh
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Modern Times Legal
c/o Robert J. Sayre
1 Broadway, 14th Floor
Cambridge, MA 02142-1187

RSM McGladrey, Inc.
Attn:  Heather Tullar
101 Federal Street, Suite 1000
Boston, MA 02110-1855

Specialized Loan Servicing LLC
8742 Lucent Blvd
Suite 300
Highlands Ranch, CO 80129-2386

AMerican Express
PO Box 297871
Ft. Lauderdale, Fl 33329-7871

Advanced Geotech Systems, LLC
c/o Alan Garten
Suite 2300
36 S. Charles St
Baltimore, MD 21201-3100

Advantage Assets II,Inc
7322 Southwest Pkwy,Suite 1600
Houston, TX 77074-2053

American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701

CBA Collections
25954 Eden Landing Rd
Hayward CA 94545-3816

Chase Home Lending
PO Box 1093
Northridge, Ca 91328

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Duane Blake
67 Sterling Road
Westwood, MA 02090-2421

Gentlemen's Wearhouse
PO Box 981400
EL Paso, Texas 79998-1400

JPMorgan Chase Bank, National Association
7255 Baymeadows Way
Jacksonville, FL 32256-6851
Mail Stop Jax B2007

LTD Financial SVCS
7322 Southwest FWY ST 1
Houston, TX 77074

Mercy Medical Center
c/o Bloom & Associates, PA
1220 A East Joppa Rd., Ste. 223
Towson, MD 21286-5817

RMS
PO Box 523
Richfield, Ohio 44286-0523

RSM McGladrey, Inc.
Attn:  Heather Tullar
101 Federal Street, Suite 100
Boston, MA 02110-1817

SKO Brenner AMerican
PO Box 230
Farmingdale, NY 11735-0230

Saint Paul Specialist
PO Box 3495
Toledo, Ohio 43607-0495

Select Portfolio
PO Box 652050
Salt Lake City, Utah 84165

Tenax Cirporation
Sean C Sansiveri
1500 Market Street 38th fl
Philadelphia, PA 19102-2128

US Dep of Eduction
PO Box 2287
Atlanta, GA 30301-2287

USAA FEDERAL SAVINGS BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

USAA Federal Savings Bank
Po Box 47504
San Antonio, Texas 78265-7504

Universal Collection
5707 Calverton ST.  SUite 2A
Baltimore, Md 21228-1772

Upper Chesapeake
PO Box 630987
Baltimore, MD 21263-0987

Upper Chesapeake Cardiology
PO Box 64178
Baltimore, Md 21264-4178


Verizon Wireless
250 James Street
Morristown, NJ 07960-6410

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702-3397

Waste Industries
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126


Duane C Blake
67 Sterling Road
Westwood, MA 02090-2421

Ellen W. Cosby
300 E. Joppa Road, Suite 409
Towson, MD 21286-3005

Jeffrey P. Nesson
Law Office of Jeffrey P. Nesson
11421 Reisterstown Rd
Owings Mills, MD 21117-1834


Peter J Ianniello
2000 Level Rd
Havre de Grace, MD 21078-1732


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial
PO Box 15316
Wilmington, De 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Eqable Ascent Finanical
5 Revere Dr
Northbrook, 11

(d)Modern Times legal
c/o Robert J. Sayre
1 Broadway, 14th Floor
Cambridge, MA 02142-1187

(u)Receivanle Managment
INVALID ADDRESS PROVIDED


(d)Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

End of Label Matrix
Mailable recipients    39
Bypassed recipients     4
Total                  43