UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In re:                                         *
Peter J. Ianniello                             *    Case No.10-13669
     Debtor(s)                          *       (Chapter 12)

*          *          *        *        *

## LINE AMENDING PLAN

The Debtor(s) named above hereby amends the Chapter 12 plan of record in this case as follows:

To provide as follows:

1.  The terms of the Settlement Agreement with Eric Orlinsky approved by this Court on June 14, 2011, and the terms of the Settlement Agreement with Tenax, et al., approved by this Court on July 11, 2011, are expressly incorporated by the Debtor into the Chapter 12 Plan.

2.  That in the event that the legal malpractice casescheduled on Amended Exhibit B F(paper 149) is pursued by Ianniello/Trustee, the net proceeds after payment of Bankruptcy Court approved costs and attorney fees would be paid to the Chapter 12 Trustee for distribution to creditors. The Debtor's plan base would increase by the amount so paid.

3.  The debtor owns a patent pending at the US Patent Office known as Fuzzy Woven Layer Patent, US Patent Application No. 10/366,692. The debtor agrees to submit 50% of any royalties received during the term of the plan as additional payments. The Debtor shall keep the trustee informed of any progress on the application process every 6 months from the date of confirmation of this plan and provide copies of all royalty agreements upon execution.

4.  **All other terms of the Third Amended Plan remain the same**.


/s/ Peter J. Ianniello
Peter J. Ianniello

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Line amending Third Amended chapter 12 plan (paper 129) was mailed on the 26th day of July, 2011 to all creditors on the attached mailing matrix dated July 25, 2011, and to the United States Trustee and Chapter 12 Trustee, SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, and Becket and Lee, LLP, attorney for American Express Centurion,

POB 3001, Malvern, PA 19355  by first class mail  postage prepaid . (Unless noticed by ECF)

 /s/ Jeffrey P. Nesson
Jeffrey P. Nesson